UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| J.T.H and H.D.H ) | |
| ) | Case No. 1:20-CV-222 |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| SOCIAL SERVICES, CHILDREN'S ) | |
| DIVISION; and SPRING COOK, *in her* ) | |
| *Individual capacity*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' SUGGESTIONS IN OPPOSITON TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

COME NOW defendants and suggest that the Court should deny Plaintiffs' Motion for Leave to File Sur-Reply (Motion), for the following reasons:

1. This matter has been fully and exhaustively briefed and a decision from another, non-controlling circuit that is factually distinguishable will not affect the outcome herein.

2. In the event the Court grants the Motion, defendants request 14 days from the date of the order to file a response.

Accordingly, defendants request that the Court deny plaintiffs' Motion or, in the alternative, grant them 14 days to file a response.

1

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/Edward V. Crites*
Edward V. Crites #33985
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, Missouri  63101
Tel:  (314) 340-7861
Fax:  (314) 340-7029
Edward.crites@ago.mo.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the CM-ECF system on all counsel of record.

*/s/ Edward V. Crites*
Assistant Attorney General