# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| J.T.H. and H.D.H, | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Case No. 1:20-cv-00222-ACL ) |
| MISSOURI DEPARTMENT OF SOCIAL SERVICES, CHILDREN'S DIVISION; and SPRING COOK, *in her individual capacity,* | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Spring Cook, defendant in the above-captioned case, appeals to the United States Court of Appeals for the Eighth Circuit from the district court's June 4, 2021, order denying her absolute immunity and qualified immunity.  Doc. 47.  *See Mitchell v. Forsyth*, 472 U.S. 511, 525–30 (1985).

Respectfully submitted,

**ERIC S. SCHMITT**
MISSOURI ATTORNEY GENERAL

/s/ *Michael E. Talent*
Michael E. Talent, #322220CA
  *Deputy Solicitor General*

Office of the Attorney General
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102
Tel. (314) 340-4869
Fax (573) 751-0774
Michael.Talent@ago.mo.gov

*Counsel for Defendant Spring Cook*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2021, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Michael E. Talent*
Deputy Solicitor General

*Counsel for Defendant Spring Cook*